UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **MINNESOTA BANKERS ASSOCIATION** and **LAKE CENTRAL BANK,**<br><br>Plaintiffs,<br><br>v.<br><br>**FEDERAL DEPOSIT INSURANCE CORPORATION and MARTIN J. GRUENBERG, in his official capacity as Chairman of the Federal Deposit Insurance Corporation,**<br><br>Defendants. | Case No. 23-cv-2177-PAM-ECW |

## STIPULATION FOR ENTRY OF ORDER MODIFYING BRIEFING SCHEDULE

On October 20, 2023, Defendants filed a Motion to Dismiss Plaintiffs' Amended Complaint [Docket No. 17]. The Court has scheduled that motion to be heard on Wednesday, March 13, 2024 [Docket No. 22]. Absent any extension of time, Plaintiffs' opposition to Defendants' motion would be due on Wednesday, February 21, 2024, and Defendants' reply in support of their motion would be due Wednesday, February 28, 2024.

Counsel for the parties have discussed and mutually agreed to an extended briefing schedule to provide the parties more equitable briefing time. This would not affect the hearing date set by the Court. Therefore, the parties, by and through their undersigned

1

counsel of record, hereby stipulate to and respectfully seek the Court's approval of adjusting the Plaintiffs' opposition deadline to Wednesday, February 14, 2024.

DATED: January 12, 2024

Respectfully submitted,

Andrew Dober (D.C. Bar No. 489638)
Senior Counsel

*/s/ Sarah E. Faust*_____
Sarah E. Faust (VA Bar No. 87509)
Counsel
Andrew Nicely (DC Bar No. 41750)
Counsel
Michael Morelli (MA Bar No. 696214)
Senior Attorney
**Federal Deposit Insurance Corporation**
3501 N. Fairfax Drive
Arlington, VA 22226-3500
Phone: (703) 486-6861
sfaust@fdic.gov

***Attorneys for Defendants***

*/s/ David R. Marshall*
David R. Marshall (#0184457)
Leah C. Janus (#0337365)
W. Thomas Wheeler (#0400805)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
Telephone: (612) 492-7000
dmarshall@fredlaw.com
ljanus@fredlaw.com
twheeler@fredlaw.com

***Attorneys for Plaintiffs***